```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
ALEJANDRO PEREA-TORRES et al.,      :
                Plaintiffs,         :
       - against -                  :       ORDER
CITY OF NEW YORK et al.,            :       07 Civ. 9434 (DC)
                Defendants.         :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

**CHIN, District Judge**

    I am in receipt of the parties' letters dated January 23, February 13, and February 15, 2008.

    1.  Plaintiffs' time to serve the individual defendants is extended to March 20, 2008;

    2.  The City's time to respond to the complaint is extended to March 24, 2008;

    3.  Plaintiffs' objection to the City's request for releases is overruled, and plaintiffs shall provide the releases forthwith.

    SO ORDERED.

Dated:  New York, New York
       February 29, 2008

                                    DENNY CHIN
                                    United States District Judge