# MEMO ENDORSED

**GLENN A. WOLTHER**

ATTORNEY AT LAW
305 BROADWAY, SUITE 1102
NEW YORK, NEW YORK 10007

TEL (212) 964-2120
FAX (212) 964-0763

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

March 26, 2008

**BY FACSIMILE (212) 805-7906**
The Honorable Denny Chin
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *Alejandro Perea-Torres Et al v. City of New York, Et al.*
07 cv 9434(DC)(DFE)

Dear Judge Chin:

I represent the plaintiffs in the above referenced action and write to respectfully request that the Court modify its Order dated March 20, 2008, to allow additional time for plaintiff Mr. Alejandro Perea-Torres to execute his §160.50 release. Notably, the releases for the other plaintiffs have been executed and have been timely produced.

This request is necessitated by my office's current inability to contact Mr. Perea-Torres. Although Mr. Perea-Torres moved out of state following his false arrest, he nevertheless has demonstrated his willingness and desire to participate in this process by returning to New York this past July for his 50h hearing.

Unfortunately, Mr. Perea-Torre's telephone is not currently in service and I have yet to receive a response to my written communications. Accordingly, it is respectfully requested that his time to provide the §160.50 release be extended an additional four weeks, or in the alternative, the Court schedule a Rule 16 conference at which time his case can be stayed and the other matters be allowed to proceed.

Respectfully submitted,

Glenn A. Wolther [GW-5740]

cc:
New York City Law Department
Assistant Corporation Counsel
Ms. Amy N. Okereke
(By Fax: (212) 788-9776)

Approved.

SO ORDERED.

USDJ  3/31/08