```
------------------------------------------------
ALEJANDRO PEREA-TORRES, ET AL         plaintiff

              - against -

THE CITY OF NEW YORK ET AL            defendant
------------------------------------------------
```

Index No. 07CIV9434

Date Filed ............

Office No.

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:

**KENNETH WISSNER**     being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **11th** day of **March, 2008   10:10 AM**         at
     **%VICE ENFORCEMENT DIVISION
     1 POLICE PLAZA, RM 1200, NY, NY 10038**
I served the   **SUMMONS AND COMPLAINT**
upon **NYPD DETECTIVE PHILLIP MORGAN, SHIELD NO.3313**
**the DEFENDANT**   therein named by delivering and leaving a true copy or copies of the aforementioned documents with
     **LIEUTENANT "JOHN" MURPHY, CO-WORKER WHO REFUSED FIRST NAME**
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**     COLOR: **WHITE**     HAIR: **BROWN**     AGE: **40**   HEIGHT: **5:8**   WEIGHT: **165**
OTHER IDENTIFYING FEATURES:
On **03/12/2008** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
12th  day of  March,        2008e       ..........................

SAMSON NEWMAN                           KENNETH WISSNER  721352
Notary Public, State of New York        AETNA CENTRAL JUDICIAL SERVICES
   No.01NE-4783767                      225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY            NEW YORK, NY, 10007
Commission Expires 11/03/2009           Reference No: 9GAW116649